NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**SAFE DRIVING TECHNOLOGIES LLC,**
*Appellant*

**v.**

**FORD MOTOR COMPANY,**
*Appellee*

_____

2023-1798, 2023-1804, 2023-1941

_____

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2021-01341, IPR2021-01446, IPR2022-00086.

_____

**JUDGMENT**

_____

JOHN C. STELLABOTTE, Ellenoff Grossman & Schole LLP, New York, NY, argued for appellant.  Also represented by SCOTT H. KALIKO, DAVID LINDENBAUM.

CHRISTOPHER C. SMITH, Brooks Kushman PC, Royal Oak, MI, argued for appellee.  Also represented by JOHN S. LEROY, JOHN P. RONDINI.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (CHEN, BRYSON, and STOLL, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

November 8, 2024
Date

Jarrett B. Perlow
Clerk of Court